# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Anthony C. Lymon (B05489), | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No: 17 CV 50093 |
| | ) | |
| Wexford Health Service, Inc., *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |
| | ) | |
| | ) | Magistrate Judge Iain D. Johnston |

## ORDER

Before the court is a report and recommendation ("R&R") [106] from the magistrate judge that, in response to defendants' affirmative defense of failure to exhaust administrative remedies, and after conducting a hearing under Pavey v. Conley, 544 F.3d 739, 742 (7th Cir. 2008), this court dismiss plaintiff's claims against Dr. James without prejudice and all claims against the remaining defendants be allowed to proceed. Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and dismisses without prejudice the claim against Dr. James.

Date: 12/3/2018                    ENTER:

                                   _____
                                   FREDERICK J. KAPALA
                                   District Judge